

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 31  P 4: 26

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * * * | CIVIL ACTION |
| | | NO. 00-310 |
| VERSUS | * * | SECTION "E" |
| MOBIL OIL CORPORATION | * * | MAGISTRATE NO. 5 |
| *   *   *   *   *   *   * | | |

### DEFENDANT MOBIL OIL CORPORATION'S
### FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER
### OR OTHER RESPONSIVE PLEADINGS

Defendant Mobil Oil Corporation ("Mobil") moves for an additional twenty (20) days to file its answer or other responsive pleading under LR 7.9E, upon representing that this is Mobil's first motion for an extension of time and plaintiff has not filed an objection thereto in the record. Accordingly, Defendant Mobil Oil Corporation requests that the Court grant it until and including February 17, 2000 to file its answer or other responsive pleadings.

C:\DOCS\TERREBONNE\MTN4EXTEN

FEB 03 2000
DATE OF ENTRY



Respectfully submitted,

**FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.**

_____
**ROBERT B. McNEAL (Bar No. 14211)**
**PATRICIA E. WEEKS (Bar No. 18703)**
3600 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3600
Telephone: (504) 599-8014
Facsimile:  (504) 599-8114

**Counsel for Defendant Mobil Oil Corporation and Exxon Mobil Corporation**

CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon counsel of record for all parties by hand delivery, by delivery service, delivery charges prepaid and properly addressed, or by U.S. mail, postage prepaid and properly addressed, this 31 day of January, 2000.

_____

C:\DOCS\TERREBONNE\MTN4EXTEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * * * | CIVIL ACTION |
| | | NO. |
| VERSUS | * * | |
| | | SECTION " " |
| MOBIL OIL CORPORATION | * * | |
| | | MAGISTRATE NO. |
| * * * * * * * | | |

## **O R D E R**

Upon consideration of defendant Mobil Oil Corporation's First Motion for Extension of Time to File an Answer or Other Responsive Pleading;

IT IS ORDERED that the defendant's motion be and hereby is GRANTED and defendant shall have until and including February 17, 2000 to answer or otherwise respond to Plaintiff's complaint.

New Orleans, Louisiana, this _____ day of _____, 2000.

_____
**UNITED STATES DISTRICT JUDGE**