

MINUTE ENTRY
CHASEZ, M.J.
MARCH 3, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH            CIVIL ACTION
SCHOOL BOARD                 00-310

VERSUS                        NUMBER: 00-0425

FALCO S&D, INC., ET AL.          SECTION: "E"(5)

     Oral argument on defendant's, Texaco Inc. ("Texaco"), Motion for More Definite Statement will be conducted on March 22, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

                                        ALMA L. CHASEZ
                                        UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY MAR 09 2000

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc.No. _____