FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -9 A 10: 03

LORETTA G. WHYTE

MINUTE ENTRY
CHASEZ, M.J.
MARCH 3, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-310

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-0426 |
| TEXACO, INC. | SECTION: "E"(5) |

Oral argument on defendant's, Texaco Inc. ("Texaco"), Motion for More Definite Statement will be conducted on March 22, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

ALC
_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  MAR 09 2000

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc.No.