B̷

FILED
U.S. DISTRICT COURT

2000 MAR 15 A 10: 08

LORETTA G. WHYTE

MINUTE ENTRY
CHASEZ, M.J.
MARCH 13, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | CIVIL ACTION |
| **VERSUS** | NUMBER: 00-444 (c/w 00-310) |
| **FALCO S&D, INC., ET AL.** | SECTION: "E" (5) |

*00-310*

### HEARING ON MOTION

APPEARANCES:

MOTION:

(1)   Scurlock Permian's Motion for More Definite Statement (scheduled for hearing on March 15, 2000).

___1___ :   Continued to March 22, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, La.

_____ :   No Opposition

___1___ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
MAR 1 6 2000

ORDERED

_____: Dismissed as moot.

_____: Dismissed for failure of counsel to appear.

_____: Granted.

_____: Denied.

_____: Other.

                                      /s/ ALC
                                      ALMA L. CHASEZ
                              UNITED STATES MAGISTRATE JUDGE