FILED
U.S. DISTRICT COURT

MAR 17  8 59 AM '00

                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD                          CIVIL ACTION

versus                                                  NO. 00-0310

MOBIL OIL CORPORATION                                   SECTION: E/5

## ORDER OF CONSOLIDATION

**IT  IS  ORDERED** that  the  following  below  listed  civil  action  is  hereby

**CONSOLIDATED** with the above captioned civil action:


Terrebonne Parish School Board vs Texaco, Inc., Et Al
Civil Action 00-0428 "E" (5)


New Orleans, Louisiana, this _/6_ day of March, 2000.


                                        _____
                                             MARCEL LIVAUDAIS, JR.
                                        Senior United States District Judge

Copy to Magistrate Chasez


                        _____
                            DATE OF ENTRY

                            MAR 2 0 2000

                        _____