

MINUTE ENTRY
CHASEZ, M.J.
MARCH 16, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


TERREBONNE PARISH                          CIVIL ACTION
SCHOOL BOARD

VERSUS                                     NUMBER: 00-0428

TEXACO, INC., ET AL.                       SECTION: "E"(5)


Oral argument on Oryx Energy Company's Motion for a More
Definite Statement will be conducted on March 22, 2000 at 11:00
a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St,, Hale
Boggs Building, Room B311, New Orleans, Louisiana.



DATE OF ENTRY

MAR 2 1 2000

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

