

```
MINUTE ENTRY
CHASEZ, M.J.
MARCH 22, 2000
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-310 & con. cases |
| MOBIL OIL CORPORATION | SECTION: "E"(5) |

### HEARING ON MOTION

APPEARANCES: Linda Akchin, Wade Visconte, David Schell, Thomas Juneau, Norman Anseman, Rachel Azzarello, Andree Braud

MOTION:

(1) Texaco's Motion for More Definite Statement (00-425)
(2) Texaco's Motion for More Definite Statement (00-426)
(3) Texaco's Motion for More Definite Statement (00-428)
(4) Toce's Motion for More Definite Statement (00-428)
(5) Oryx's Motion for More Definite Statement (00-428)
(6) Scurlock Permian's Motion for More Definite Statement (00-444)

_____ :   Continued to

_____ :   No Opposition

DATE OF ENTRY
MAR 2 3 2000

__1-6__ : Opposition

_____ : Local Rules 37.1E, 33.2, 36.1, 7.1E

ORDERED

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

__1-6__ : Other.  Plaintiff's petitions do provide adequate notice of the nature of its claims.  Any further specificity should be obtained via interrogatories, document requests, or other discovery mechanisms.  Defendants are to answer plaintiff's complaints within the time allowed by law and may thereafter move to amend same if the need arises.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE