UNITED STATES DISTRICT COURT

FILED

MAR 2 9 2000 

Eastern District of Louisiana
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD

versus

MOBIL OIL CORPORATION, ET AL

CIVIL ACTION

NO. 00-0310
and cons. cases

SECTION: E/5

### ORDER

IT IS ORDERED that any and all motions scheduled to be submitted to the undersigned District Judge on April 5, 2000 at 10:00 A.M. be and are hereby CONTINUED and RE-SET to Wednesday, May 17, 2000 at 10:00 A.M.

Counsel are further advised that the appropriate caption for these consolidated cases appears hereinabove.

New Orleans, Louisiana, this 29TH day of March, 2000.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge

Date of Entry  MAR 3 0 2000

___Fee_____
___Process___
_X_Dktd_____
_X_CtRmDep___
   Doc.No.__19