UNITED STATES DISTRICT COURT

**FILED**
3 APRIL 2000

Eastern District of Louisiana
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| versus | NO. 00-0310 and cons.cases * |
| MOBIL OIL CORPORATION, ET AL | SECTION: E/2 |

## ORDER OF DISQUALIFICATION AND FOR RE-ALLOTMENT

It has been brought to this Court's attention that in Succession proceedings in State court concerning my late wife a community property asset in her name, shares of EXXON, exists. Inasmuch as EXXON is now EXXON MOBIL I have a financial interest in one of the parties, MOBIL and, accordingly, disqualify myself from these consolidated proceedings and direct that these consolidated cases be re-allotted to another Section of this Court.

New Orleans, Louisiana, this 3RD day of April, 2000.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge

\*
00-425, 00-426, 00-428
00-443, 00-444, 00-461
00-462, 00-468

APR 0 3 2000

REALLOTTED TO:
SECT. B

DATE OF ENTRY
APR 0 4 2000

