UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CIVIL ACTION |
| | * | NO. 00-310 |
| **VERSUS** | * | C/W 00-428 |
| **MOBIL OIL CORPORATION** | * | SECTION: E (5) "B" |

### MOTION & ORDER FOR PARTIAL DISMISSAL;
### TERREBONNE PARISH SCHOOL BOARD v. TEXACO, INC. No. 00-428

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Terrebonne Parish School Board, who desires to dismiss its claims in **Civil Action No. 00-428** against defendant, Perforating Guns-Technical Oilfield Services, Inc., without prejudice, reserving any and all rights plaintiff may have against all remaining defendants. Counsel for Perforating Guns-Technical Oilfield Services, Inc. does not object to this dismissal.

**CONSIDERING THE FOREGOING**, it is hereby ordered that plaintiff's claims against defendant, Perforating Guns-Technical Oilfield Services, Inc., are hereby dismissed without prejudice, reserving unto plaintiff any and all rights plaintiff may have against all remaining defendants.

**THUS RENDERED AND SIGNED** this 19th day of April 2000, in New Orleans, Louisiana.

_____
DISTRICT JUDGE

DATE OF ENTRY
APR 1 9 2000

Respectfully submitted,

_____
**ST. MARTIN & WILLIAMS (APLC)**
**MICHAEL X. ST. MARTIN        (#12365)**
**JOSEPH JEVIC III        (#23145)**
St. Martin & Williams (APLC)
Crescent Farm
4084 Highway 311
Post Office Box 2017
Houma, LA 70361-2017
(504) 876-3891        Telephone
(504) 851-2219        Facsimile

-AND-

**A. J. GRAY, III        #6253**
**WADE T. VISCONTE        #24734**
The Gray Law Firm (APLC)
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694        Telephone
(337) 494-0697        Facsimile
**Attorneys for Terrebonne Parish School Board**

### CERTIFICATE OF SERVICE

   **I CERTIFY** that a copy of Plaintiff, Terrebonne Parish School Board's Motion & Order For partial Dismissal has been served on all counsel of record by placing same in the United States mail delivery, postage prepaid.

   Houma, Louisiana, this ___14th___ day of ___April___ 2000.

_____
JOSEPH G. JEVIC III