```
                              FILED
                        U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                        2000 OCT 20  PM 4:08

                          LORETTA G. WHYTE
                               CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 20, 2000

        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-310 |
| MOBIL OIL CORPORATION | SECTION: "B"(5) |

Oral argument on Defendant's Motion to Compel will be conducted on November 15, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

                                          /s/ ALC
                                          ALMA L. CHASEZ
DATE OF ENTRY           UNITED STATES MAGISTRATE JUDGE
OCT 23 2000