FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -6 PM 12: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0310** |
| **VERSUS** | § | **SECTION: B** |
| **MOBIL OIL CORPORATION** | § | **MAGISTRATE: 5** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION & ORDER TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT** through undersigned counsel, comes plaintiff Terrebonne Parish School Board, who requests that this Court enroll Conrad S.P. Williams III of the firm of St. Martin & Williams as additional counsel of record;

**IT IS ORDERED BY THE COURT** that Conrad S.P. Williams III is hereby enrolled as additional counsel of record for plaintiff, Terrebonne Parish School Board.

Houma, Louisiana, 7th day of November, 2000.

_____
DISTRICT JUDGE

DATE OF ENTRY
NOV 0 8 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No. 38

Respectfully submitted,

*[signature]*

Michael X. St. Martin (Bar #12365)
Conrad S.P. Williams III (Bar #14499)
Joseph G. Jevic III (Bar #23145)
ST. MARTIN & WILLIAMS
P.O. Box 2017
Houma, LA 70361
(504) 876-3891

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on opposing counsel through the United States Mail, postage prepaid and properly addressed this 3RD day of November, 2000.

*[signature]*