U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  NOV 13 2000

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | CIVIL ACTION NO. 00CV0310 |
| **VERSUS** | § | SECTION: **B** |
| **MOBIL OIL CORPORATION** | § | MAGISTRATE: **5** |

### TERREBONNE PARISH SCHOOL BOARD'S
### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW INTO COURT**, through undersigned counsel, enters Plaintiff, Terrebonne Parish School Board ("TPSB") which hereby respectfully requests that the trial of this matter currently scheduled for March 12, 2001, be continued for the reasons outlined in the memorandum in support submitted herewith. Defendant, Mobil Oil Corporation, does not oppose TPSB's motion to continue trial.

DATE OF ENTRY
NOV 16 2000

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____

Respectfully submitted,

THE GRAY LAW FIRM (APLC)

_____
MICHAEL X. ST. MARTIN     #12365
JOSEPH G. JEVIC III     #23145
CONRAD S.P. WILLIAMS III     #14499
St. Martin & Williams (APLC)
Crescent Farm
4084 Highway 311
Post Office Box 2017
Houma, LA 70361-2017

AND

A. J. GRAY, III     #6253
WADE T. VISCONTE     #24734
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694     Telephone
(337) 494-0697     Facsimile

**Attorneys for Terrebonne Parish School Board**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading has been served on all counsel of record via hand delivery, overnight delivery, facsimile transmission, or by placing same in the United States mail delivery, postage prepaid and properly addressed, on this ___6th___ day of ___November___ 2000.

_____
CONRAD S.P. WILLIAMS, III

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00CV0310** |
| **VERSUS** | § | **SECTION: B** |
| **MOBIL OIL CORPORATION** | § | **MAGISTRATE: 5** |

### TERREBONNE PARISH SCHOOL BOARD'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL

**MAY IT PLEASE THE COURT:**

Plaintiff, Terrebonne Parish School Board ("TPSB") respectfully submits this memorandum in support of its Unopposed Motion to Continue Trial.

This case deals with claims in contract and tort against defendant, Mobil Oil Corporation ("Mobil"), for damage and/or destruction to coastal marsh TPSB believes is due to access canals dredged in connection with oil and gas operations by Mobil. Trial is currently scheduled for March 12, 2001. This is the first trial setting. A variety of reasons make it a necessity to continue the trial.

1

First and foremost, Mobil has no opposition to the motion to continue the March 12, 2001, trial date.

Second, TPSB's experts are involved in two cases which will take most of their time up for the next month. Hence, TPSB's experts need additional time to complete field work and prepare the expert reports which are due from plaintiff on November 27, 2000. Specifically, TPSB's same experts are involved in another case pending before this Division, i.e., "Terrebonne Parish School Board v. Columbia Gulf Transmission Company and Koch Gateway Pipeline Company," Docket No. 00-319, Section "B", Magistrate 5. The trial date in this other case is set for January 16, 2001. TPSB's experts will be giving depositions and sitting in on the depositions of the experts retained by Koch and Columbia Gulf over the next two months. Additionally, TPSB's experts are preparing reports which are due in another coastal marsh damage case pending at the state court level, i.e., "Terrebonne Parish School Board v. Texaco, Inc., McMoran Oil & Gas Co., Mid Louisiana Gas Company, Koch Corporation and Freeport McMoran, Inc.," 32nd Judicial District Court, State of Louisiana, Docket No. 121,007. Expert reports are due in the aforementioned case from TPSB on December 1, 2000. As the Court undoubtedly knows at this point, the expert reports are labor intensive and take an exorbitant amount of labor to complete. TPSB believes at least six expert reports will be prepared. TPSB submits that if Mobil is presented with these expert reports by November 27, 2000, Mobil will move for a continuance on the grounds that it cannot respond to TPSB's reports in thirty days as was raised in the other case pending before this Division involving Koch and Columbia Gulf. Hence, TPSB believes a motion to continue is to the benefit of all parties involved in the captioned matter.

Third, additional discovery regarding damages and causes of damage needs to be completed. Based upon preliminary observations by TPSB's experts, it appears additional field work and investigation will need to be completed as to causes of damage and scope of damage. Damages to marsh as a result of canals fall into two categories, direct and indirect damages. Direct damages occur when the marsh property is destroyed through the actual dredging of the canal and placement of spoil. Indirect damages occur when canals erode and develop breaks in their levees thereby allowing for tidal flow to erode the marsh. Additional causes can also have indirect impacts such as hurricanes and nutria herbivory, for example. Initially, TPSB believed this case involved little or no indirect damage. However, TPSB's experts have informed that initial interpretation of photos and visits to the property indicate significant indirect damage has occurred and continues to occur to the TPSB property. Obviously, field work necessary to track indirect damages and causes thereof is much more complicated than simply identifying and quantifying marsh lost as a result of the direct impact which occurs when oil and gas canals are dredged. Hence, a continuance is a necessary in order for TPSB to properly prepare its case for trial. In this regard, additional parties may be responsible for damage to TPSB's property, and TPSB needs additional time to identify these possible parties and conduct discovery regarding their operations, if necessary.

Finally, and only if this Honorable Court should consider denying the Motion to Continue, then TPSB requests that this Honorable Court extend the deadlines for TPSB to provide expert reports and/or establish a status conference with the Court for purposes of discussing same.

Respectfully submitted,

**THE GRAY LAW FIRM (APLC)**

_____
**MICHAEL X. ST. MARTIN**        #12365
**JOSEPH G. JEVIC III**          #23145
**CONRAD S.P. WILLIAMS III**     #14499
St. Martin & Williams (APLC)
Crescent Farm
4084 Highway 311
Post Office Box 2017
Houma, LA 70361-2017

AND

**A. J. GRAY, III**              #6253
**WADE T. VISCONTE**             #24734
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694      Telephone
(337) 494-0697      Facsimile

**Attorneys for Terrebonne Parish School Board**

4

## **CERTIFICATE OF SERVICE**

**I CERTIFY** that a copy of the foregoing pleading has been served on all counsel of record via hand delivery, overnight delivery, facsimile transmission, or by placing same in the United States mail delivery, postage prepaid and properly addressed, on this ___6th___ day of ___November___ 2000.

_____
CONRAD S.P. WILLIAMS, III

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00CV0310** |
| **VERSUS** | § | **SECTION:  B** |
| **MOBIL OIL CORPORATION** | § | **MAGISTRATE:  5** |

## CERTIFICATE

Undersigned counsel hereby certifies to the Court that he has advised his client that he has initiated a motion to continue trial of this case and that the client, Terrebonne Parish School Board, has been provided with a copy of the motion to continue trial.  Defendant, Mobil Oil Corporation, does not oppose TPSB's motion to continue trial.

Respectfully submitted,

_____
ST. MARTIN & WILLIAMS (APLC)
MICHAEL X. ST. MARTIN          #12365
JOSEPH G. JEVIC III                    #23145
CONRAD S.P. WILLIAMS III      #14499
4084 Highway 311
Post Office Box 2017
Houma, LA 70361-2017
(504) 876-3891          Telephone

AND

1

A. J. GRAY, III            #6253
WADE T. VISCONTE      #24734
The Gray Law Firm (APLC)
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694        Telephone
(337) 494-0697        Facsimile
**Attorneys for Terrebonne Parish School Board**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing Certificate has been served on all counsel of record via hand delivery, overnight delivery, facsimile transmission, or by placing same in the United States mail delivery, postage prepaid and properly addressed, on this ___9th___ day of November 2000.

_____
JOSEPH G. JEVIC III

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00CV0310** |
| **VERSUS** | § | **SECTION: B** |
| **MOBIL OIL CORPORATION** | § | **MAGISTRATE: 5** |

## ORDER

Considering the Unopposed Motion to Continue Trial filed by Plaintiff, Terrebonne Parish School Board:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the March 12, 2001 trial date in the captioned matter is hereby **CONTINUED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a telephone conference to be initiated by this Court will be held on _____, 2000, to pick a new trial date and other relevant dates.

*[Handwritten note:]* The motion to Continue is Denied. The plaintiff shall have 30 additional days to file its expert reports. Likewise, the defendant shall have 30 additional days to file its expert reports.

_____
U.S. DISTRICT JUDGE