

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 14, 2000

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**TERREBONNE PARISH SCHOOL BOARD**                CIVIL ACTION

VERSUS                                            NUMBER: 00-310

MOBIL OIL CORPORATION                             SECTION: "B"(5)


<u>HEARING ON MOTION</u>

APPEARANCES:

MOTION:

(1) Defendant's Motion to Compel Production of Documents and Responses to Interrogatories (scheduled for hearing on November 15, 2000).

___1___:   Continued to December 13, 2000 at 11:00 a.m.

_____:   No Opposition

___1___:   Opposition

_____:   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
NOV 17 2000



<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

_____ : Other.

*/s/*
───────────────────────────────
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE