

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 21  AM 9: 57

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH** | § | |
| **SCHOOL BOARD** | § | |
| | § | CIVIL ACTION NO. 00-310 |
| Plaintiff | § | |
| | § | |
| v. | § | SECTION "B" |
| | § | |
| | § | |
| **MOBIL OIL CORPORATION** | § | MAGISTRATE 5 |
| | § | |
| Defendant | § | |

### JOINT MOTION TO CONTINUE TRIAL
### AND RESET CUTOFF DATES

**NOW INTO COURT,** through undersigned counsel, come plaintiff Terrebonne Parish School Board and defendant Mobil Oil Corporation who jointly move for a continuance of trial date and the resetting of the discovery and related cutoff dates for this proceeding upon respectfully representing that the Court previously granted plaintiff and defendant an additional thirty days to file expert reports in response to the motion to continue trial filed by plaintiff Terrebonne Parish School Board (plaintiff's expert reports are due on December 26, 2000; defendant's expert reports are due on January 23, 2001); the cutoff date for discovery also is currently set for January 23, 2001; pretrial

C:\WINDOWS\Temporary Internet Files\Content.IE5\YI6KK9J4\Mtn4Extension.wpd



DATE OF ENTRY
NOV 22 2000

conference in this matter is set on February 22, 2001; both parties will use expert testimony at trial which will require a labor intensive, time consuming, and comprehensive review and analysis of the land conditions at issue and scientific causes of conditions which are at issue in this case; some experts which both parties intend to use are presently unavailable to conduct the work that is necessary to complete expert reports due to conflicts which, for some, include testimony anticipated before this Court in January, 2001 in the case captioned "Terrebonne Parish School Board v. Columbia Gulf Transmission Company, et al," USDC No. 00-0319, Section "B", Magistrate 5; and the parties represent that they have been diligently pursuing discovery and would request that trial be set in the Fall of 2001 in order to allow discovery and expert reports to be completed.

Respectfully submitted,

THE GRAY LAW FIRM (APLC)

_____
A. J. GRAY, III (Bar No. 6253)
WADE T. VISCONTE (Bar No. 24734)
Post Office Box 1467
Lake Charles, Louisiana 70602-1467
Telephone: (337) 494-0694
Facsimile: (337) 494-0697

- and -

Michael X. St. Martin (Bar No. 12365)
Conrad S.P. Williams, III (Bar No. 14499)
Joseph G. Jevic, III (Bar No. 13145)
ST. MARTIN & WILLIAMS
Post Office Box 2017
Houma, Louisiana 70361
Telephone: (504) 876-3891
Facsimile: (504) 851-2219

**Attorneys for Terrebonne Parish School Board**


**FRILOT, PARTRIDGE, KOHNKE &
CLEMENTS, L.C.**

_____

**ROBERT B. McNEAL (Bar No. 14211)**
3600 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3600
Telephone: (504) 599-8014

**Counsel for Defendant Mobil Oil Corporation**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00CV0310** |
| **VERSUS** | § | **JUDGE:   B** |
| **MOBIL OIL CORPORATION** | § | **MAGISTRATE:   5** |

## CERTIFICATE

Undersigned counsel hereby certifies to the Court that he has advised his client of this joint motion to continue trial of this case and that the client, Terrebonne Parish School Board, has been provided with a copy of the motion to continue trial.

Respectfully submitted,

THE GRAY LAW FIRM (APLC)

_____
A. J. GRAY, III                                #6253
WADE T. VISCONTE                        #24734
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694     Telephone
(337) 494-0697     Facsimile

— AND —

      **MICHAEL X. ST. MARTIN**  #12365
      **JOSEPH G. JEVIC III**   #23145
      **CONRAD S.P. WILLIAMS, III** #14499
      St. Martin & Williams (APLC)
      Crescent Farm
      4084 Highway 311
      Post Office Box 2017
      Houma, LA 70361-2017
      **Attorneys for Terrebonne Parish School Board**

### CERTIFICATE OF SERVICE

  **I CERTIFY** that a copy of the foregoing Certificate has been served on all counsel of record via hand delivery, overnight delivery, facsimile transmission, or by placing a copy of same in the United States mail delivery, postage prepaid and properly addressed, on this 20TH day of November 2000.

                  _____
                  WADE T. VISCONTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH** | § | |
| **SCHOOL BOARD** | § | |
| | § | CIVIL ACTION NO. 00-310 |
| Plaintiff | § | |
| | § | |
| v. | § | SECTION "B" |
| | § | |
| | § | |
| **MOBIL OIL CORPORATION** | § | MAGISTRATE 5 |
| | § | |
| Defendant | § | |

## CERTIFICATE

The undersigned counsel certifies that he has advised his client of this joint motion to continue trial of the case and that the client, Mobil Oil Corporation, has been provided with a copy of the motion to continue trial and does not oppose the joint motion.

C:\Docs\TPSB\certificate.wpd

Respectfully submitted,

**FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.**

_____
**ROBERT B. McNEAL (Bar No. 14211)**
3600 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3600
Telephone: (504) 599-8014

**Counsel for Defendant Mobil Oil Corporation**

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon counsel of record for all parties by hand delivery, by delivery service, delivery charges prepaid and properly addressed, or by U.S. mail, postage prepaid and properly addressed, this _20_ day of _November_, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH** | § | |
| **SCHOOL BOARD** | § | |
| | § | **CIVIL ACTION NO. 00-310** |
| Plaintiff | § | |
| | § | |
| v. | § | **SECTION "B"** |
| | § | |
| | § | |
| **MOBIL OIL CORPORATION** | § | **MAGISTRATE 5** |
| | § | |
| Defendant | § | |

## ORDER

Upon consideration of the Joint Motion to Continue Trial and Reset Cutoff Dates filed by plaintiff Terrebonne Parish School Board and defendant Mobil Oil Corporation,

IT IS HEREBY ORDERED that the February 22, 2001 pretrial date and the March 12, 2001 trial date are hereby continued; and

IT IS FURTHER ORDERED that a telephone conference shall be held at 10:45 o'clock a.m. on December 6, 2000 to select a new trial date and other cutoff dates for this proceeding.

New Orleans, Louisiana, this 21st day of November, 2000.

_____
UNITED STATES DISTRICT JUDGE

C:\Docs\TPSB\order4extension.wpd