
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 11 PM 1:17

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** § § § § | | **CIVIL ACTION NO. 00-310** |
| Plaintiff § § | | |
| v. § § | | SECTION "B" |
| **MOBIL OIL CORPORATION** § § | | MAGISTRATE 5 |
| Defendant § | | |

### MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL

**NOW INTO COURT**, through undersigned counsel, comes defendant Mobil Oil Corporation ("Mobil") who moves for leave to file the attached supplemental memorandum in support of its motion to compel upon representing that the hearing on this motion was continued to allow Mobil to review plaintiff's discovery responses which were sent after the motion to compel was filed, Mobil continues to dispute the adequacy of some of plaintiff's responses and has been

-1-



DATE OF ENTRY
DEC 1 4 2000



unable to resolve those issues with plaintiff and, therefore, Mobil desires to file the attached supplemental memorandum setting forth the discovery responses which Mobil contends are inadequate and should be supplemented by plaintiff.

                                              Respectfully submitted,

                                              **FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.**

                                              */s/ McNeal*

                                              **ROBERT B. McNEAL (Bar No. 14211)**
                                              **PATRICIA E. WEEKS (Bar No. 18703)**
                                              3600 Energy Centre
                                              1100 Poydras Street
                                              New Orleans, Louisiana 70163-3600
                                              Telephone: (504) 599-8014
                                              Facsimile: (504) 599-8114

                                              **Counsel for Defendant Mobil Oil Corporation**

## CERTIFICATE OF SERVICE

      I certify that a copy of the above and foregoing pleading has been served upon counsel of record for all parties by hand delivery, by delivery service, delivery charges prepaid and properly addressed, or by U.S. mail, postage prepaid and properly addressed, this _ii_ day of _December_ 2000.

                                              */s/ McNeal*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § § § § § § § § § § § | |
| | | CIVIL ACTION NO. 00-310 |
| Plaintiff | | |
| v. | | SECTION "B" |
| MOBIL OIL CORPORATION | | MAGISTRATE 5 |
| Defendant | | |

## ORDER

Upon consideration of the foregoing Motion and Memorandum in Support of Motion for Leave to file Supplemental Memorandum in Support of Defendant's Motion to Compel,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Mobil Oil Corporation be, and hereby is, granted leave to file its supplemental memorandum in Support of its Motion to Compel.

New Orleans, Louisiana, this ___ day of December, 2000.

_____
UNITED STATES MAGISTRATE JUDGE