

```
           FILED
      U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA

    2000 DEC 15 PM 4: 46

     LORETTA G. WHYTE
           CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 13, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-0310 |
| MOBIL OIL CORPORATION | SECTION: "B"(5) |

### HEARING ON MOTION

**APPEARANCES:** Robert McNeal, Wade Visconte

**MOTION:**

(1) Defendant's Motion to Compel Production of Documents and Responses to Interrogatories.

_____ : Continued to

_____ : No Opposition

\_\_\_1\_\_ : Opposition

_____ : Local Rules 37.1E, 33.2, 36.1, 7.1E

```
DATE OF ENTRY
DEC 1 8 2000
```

```
Fee_____
Process_____
X Dktd___
  CtRmDep___
  Doc.No. 53
```

<u>ORDERED</u>

_____  :   Dismissed as moot.

_____  :   Dismissed for failure of counsel to appear.

_____  :   Granted.

_____  :   Denied.

\_\_1\_\_  :   Other.

Interrogatories:

No. 7:  plaintiff is to supplement its answer to state that there have been no inspections for damages other than seismic damages and is to indicate when those inspections occurred.

No. 8:  plaintiff is to answer.

No. 10: plaintiff is to supplement its answer to describe, etc., all construction and improvements.

No. 12: documents have been produced. This aspect of defendant's motion is hereby continued to December 20, 2000 at 11:00 a.m. to determine if those documents provide the information defendant is seeking.

Nos. 13, 14, 15: any fact witnesses are to be identified along with a brief description of what they would testify to. By the end of February, 2001, plaintiff is to identify, through an expert's survey, what portion(s) of the property have been

2

|            |                                                                                                                                                                                     |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | damaged and what the nature of that damage is. Plaintiff is also to explain the basis for its contentions set forth in paragraphs 7, 12, and 13 of its petition.                    |
| No. 16:    | plaintiff is to supplement its answer to state the basis for its contention that contra non valentem is applicable.                                                                 |
| No. 17:    | plaintiff is to identify any written documents giving rise to any obligation on defendant's part. Otherwise, plaintiff is to state that the basis for its contention is statutory and/or case law. |
| No. 18:    | plaintiff is to identify any fact witnesses possessing information responsive to this request. By May, 2001; joint samplings are to be taken by the parties' experts.               |
| No. 20:    | pretermitted pending the exchange of expert reports. Defendant may re-urge if needed.                                                                                               |

Request for Production of Documents:

|            |                                                                                                                                           |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------|
| No. 7:     | pretermitted pending the exchange of expert reports. Defendant may re-urge if needed.                                                     |
| Nos. 8-12: | to the extent that they exist, plaintiff is to provide any responsive documents consistent with the Court's rulings on the companion interrogatories. |
| No. 15:    | plaintiff is to produce if any exist.                                                                                                     |

3

The supplementation ordered hereinabove is to be provided by the end of January, 2001.

                                                               ALMA L. CHASEZ
                                                    UNITED STATES MAGISTRATE JUDGE