

MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 19, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD          CIVIL ACTION

VERSUS          NUMBER: 00-0310

MOBIL OIL CORPORATION          SECTION: "B"(5)

<u>HEARING ON MOTION</u>

APPEARANCES:

MOTION:

(1) Defendant's Motion to Compel Production of Documents and Responses to Interrogatories from Plaintiff (continued from December 13, 2000).

__1__ :    Continued to January 10, 2001 at 11:00 a.m.

_____ :    No Opposition

__1__ :    Opposition

_____ :    Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
DEC 2 0 2000

ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

_____ :   Other.


*[signature]*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2