

```
MINUTE ENTRY
CHASEZ, M.J.
JANUARY 8, 2001
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD          CIVIL ACTION

VERSUS                                  NUMBER: 00-0310

MOBIL OIL CORPORATION                   SECTION: "B"(5)

HEARING ON MOTION

APPEARANCES:

MOTION:

(1) Defendant's Motion to Compel Production of Documents and Responses to Interrogatories from Plaintiff (scheduled for hearing on January 10, 2001).

_____: Continued to

_____: No Opposition

\_\_1\_\_: Opposition

_____: Local Rules 37.1E, 33.2, 36.1, 7.1E

## ORDERED

___1___ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

_____ : Other.


                                                      */s/ ALC*
                                         ALMA L. CHASEZ
                             UNITED STATES MAGISTRATE JUDGE

2