FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 27  PM 4: 49

LORETTA G. WHYTE
    CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO. 00-310 |
| MOBIL OIL CORPORATION | SECTION "B"(5) |

### ORDER AND REASONS

Before the Court is Plaintiff Terrebonne Parish School Board's Motion to Stay (Rec. Doc. No. 56). For the following reasons, the motion is DENIED.

DISCUSSION

The plaintiff claims that the appeal of the prescription issue to the United States Fifth Circuit Court of Appeals in a related action warrants a stay of the proceedings in the captioned matter. The plaintiff further alleges that this Court's ruling in the related matter is inconsistent with *St. Martin v. Mobil*, 224 F.3d 402 (5th Cir. 2000). The defendant counters that this Court rejected the plaintiff's arguments

DATE OF ENTRY
APR 30 2001

___Fee_____
___Process___
_X_/Dktd ___
 ✓ CtRmDep
   Doc.No. 58

regarding the *St. Martin* case when ruling on the summary judgment. Further, the plaintiff fails to cite authority for the stay under the circumstances presented.

The Court finds that the facts do not justify a stay of the proceedings. The plaintiff seeks the stay based upon its disagreement with this Court's ruling rather than a legitimate disparity in prescription law. This Court adequately distinguished the facts of *St. Martin* from the facts of this case. Finding that the plaintiff has presented inadequate support to justify a delay of the instant proceedings,

**IT IS ORDERED** that the plaintiff's Motion to Stay is (Rec. Doc. No. 56) **DENIED**.

New Orleans, Louisiana, this 27th day of April, 2001.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE