```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2001 AUG 10  AM 10: 30

                                LORETTA G. WHYTE
                                     CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH** § | | |
| **SCHOOL BOARD** § | | |
| § | Civil Action No. 00-310 | |
| **Plaintiff** § | | |
| § | | |
| v. § | SECTION "E" | |
| § | | |
| § | MAGISTRATE 5 | |
| **MOBIL OIL CORPORATION** § | | |
| § | | |
| **Defendant** § | | |

## EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes defendant, Exxon Mobil Corporation, who submits the following Exhibit:

| Date | Exhibit |
|---|---|
| 4/13/48 | Oil, Gas and Mineral Lease between TPSB and Union Producing Company. |
| 04/13/48 | Minutes of TPSB meeting with mineral lease between TPSB and Union Producing Co. |

C:\docs\Client Files\TPSB\Lst-Exhibit.wpd

- 1 -



| Date | Exhibit |
|---|---|
| 08/30/49 | Letter from Sun Oil Company to H.L. Bourgeois. |
| 03/12/52 | Notice from Union Producing Company to Bank of Terrebonne & Trust Company. |
| 09/09/52 | Letter from The Texas Company to TPSB. |
| 07/14/54 | Letter from Union Producing Company to TPSB enclosing Release of Oil, Gas and Mineral Lease dated April 13, 1948. |
| 02/26/57 | Letter from Shell Oil Company to TPSB. |
| 10/15/57 | Resolution No. 916 of TPSB. |
| 12/16/57 | Bid of Southern Natural Gas Company to TPSB for S16, T18S, R12E for oil, gas and mineral lease. |
| 12/16/57 | Letter from Louisiana Geological Survey to C.C. Miller of TPSB. |
| 12/16/57 | Letter from Gulf Oil Corporation to TPSB. |
| 12/17/57 | TPSB Resolution No. 918. |
| 12/17/57 | Mineral Lease between Southern Natural Gas Company and TPSB. |
| 12/17/57 | Bid sheet dated December 17, 1957. |
| 12/27/57 | Letter from State Mineral Board to TPSB. |
| 01/16/58 | Resolution of the State Mineral Board approving the lease between TPSB and Southern Natural Gas Company for S16, T18S, R12E. |
| 02/25/58 | Letter from Humble Oil & Refining Company to TPSB. |
| 11/01/58 | Receipt of payment to TPSB for period 12/17/58 to 12/17/59 for Lease No. Terrebonne #132 in the amount of $19,417.46. |
| 09/08/59 | Letter from Southern Natural Gas Company to Magnolia Petroleum Company. |
| 09/11/59 | Letter from Magnolia Petroleum Company to Claude B. Duval regarding TPSB Lease to Southern Natural Gas of Section 16, T-18-S, R-12-E. |

| Date | Exhibit |
|---|---|
| 09/15/59 | Letter from W. Meyers at Liskow & Lewis to C. Duval forwarding Resolution 946 for approval. |
| 09/15/59 | Resolution 946. |
| 10/06/59 | Drilling permit No. 61495 issued to Socony Mobil Oil Company, Inc. |
| 10/09/59 | Letter from St. Mary Parish School Board to TPSB. |
| 10/13/59 | Letter from State of Louisiana with no objection to proposed canal and slip. |
| 10/20/59 | Letter from Mobil Oil Company to TPSB. |
| 12/11/59 | Letter from Magnolia Petroleum Company to C. Duval. |
| 12/23/59 | Permit to Drill for Minerals issued by the Department of Conservation, State of Louisiana, Minerals Division to Socony Mobil Oil Company, Inc. |
| 01/06/60 | Department of Conservation Well History and Work Resume Report for Well Serial No. 76915. |
| 02/12/60 | Letter from Southern Natural Gas to TPSB. |
| 03/07/61 | Letter from Geophysical Service, Inc. to TPSB. |
| 10/25/61 | Letter from State of Louisiana to TPSB. |
| 04/29/64 | Letter from Sun Oil Company to TPSB. |
| 09/23/64 | Letter from C. Duval to TPSB. |
| 09/29/64 | Letter from Shell Oil Company to TPSB. |
| 10/20/64 | State Agency Lease No. 4413 between TPSB and St. Mary Parish School Board and W. S. Rownd Company. |
| 10/22/64 | Letter from State Mineral Board to W. S. Rownd Company regarding State Agency Lease No. 4413 Terrebonne and St. Mary Parishes, Louisiana. |
| 10/13/66 | Letter from W. S. Rownd Company to State Treasurer. |
| 02/23/67 | Letter from TPSB to Delta Exploration Co., Inc. |
| 03/01/67 | Letter from TPSB to Delta Exploration Co., Inc. |

| Date | Exhibit |
|---|---|
| 08/09/67 | Letter from TPSB to C.J. Cutrone. |
| 06/09/71 | Letter from State Mineral Board to State Treasurer. |
| 06/11/71 | Letter from State Mineral Board to TPSB awarding State Lease No. 5699 to Corbin J. Robertson. |
| 02/01/72 | Quintana Petroleum Corporation Oil, Gas and Liquid Hydrocarbon Division Order effective February 1, 1972. |
| 05/29/72 | Letter from TPSB geologist to C. Collins. |
| 12/00/80 | Report on Environmental Characterization of Terrebonne Parish: 1955-1978 by Coastal Environments, Inc. |
| 01/13/82 | T. Baker Smith & Son Preliminary Erosion Study of Section 16 lands for TPSB. |
| 4/13/82 | Minutes of TPSB Meeting. |
| 01/31/84 | Letter from DNR to Coastal Environments, Inc. |
| 02/00/84 | Preliminary Search for Section 16 Lands Report prepared for TPSB by Coastal Environments, Inc. |
| 02/10/84 | Letter from Dalton J. Guidry to Karen Wicker with attachment. |
| 03/26/84 | Letter from Quintana to TPSB. |
| 03/28/84 | Letter from Quintana Petroleum Corporation to TPSB regarding State Agency Lease 5699, Deer Island Field (Cherokee Area), Terrebonne Parish, Louisiana. |
| 05/30/84 | Letter from TPSB to Quintana Petroleum Corporation. |
| 10/08/84 | Partial Release of Oil, Gas and Mineral Lease, Entry No. 207860, Recorded in COB 27-O, Folio 343. |
| 05/08/85 | Lease for Oil, Gas and Other Liquid or Gaseous Minerals between TPSB and St. Mary Parish School Board and Pennzoil Producing Company. |
| 12/03/85 | Minutes of Proceedings of the TPSB Meeting. |
| 12/04/85 | Letter from TPSB to Coastal Environments, Inc. |

| Date | Exhibit |
|---|---|
| 12/04/85 | Letter from Kent M. Willoughby to Sherwood Gagliano. |
| 01/13/86 | Seismic Survey permit granted to Southland Seismic, Inc. by TPSB. |
| 05/08/86 | Letter from Pennzoil Producing Company to TPSB and St. Mary Parish School Board, with conservation order. |
| 5/23/86 | Release of Mineral Lease by Pennzoil Producing Company. |
| 05/26/86 | Plat showing Pennzoil Production Company - Cristellaria 1 RB SU A. |
| 06/06/86 | Partial Release of Pennzoil. |
| 08/15/86 | Memorandum for TPSB to M. Veasey. |
| 04/07/89 | Letter from Kent M. Willoughby, Assistant Superintendent of TPSBdated April 7, 1989 to Ms. Sara Taylor. |
| 2/12/90 | Seismic Permit Agreement to Fairfield Industries from TPSB. |
| 07/01/92 | Notice of Merger from Sonat Exploration Company to TPSB . |
| 03/12/93 | Letter from CEI to H. Carreker, TPSB. |
| 04/06/93 | Memorandum from H. Carreker to E. Fike. |
| 4/21/93 | Proposal from Coastal Environments, Inc. to TPSB. |
| 04/26/93 | TPSB Committee Meeting Minutes for April 26, 1993. |
| 04/26/93 | Letter from TPSB to Member of Finance, Insurance and Section 16 Land Committee regarding authorization to advertise for hunting and trapping leases on Section 16 lands. |
| 06/00/94 | First Draft of Penchant Basin Resource Plan. |
| 08/26/94 | Letter from L. Bloch to TPSB. |
| 10/04/94 | Handwritten notes of Morris P. Hebert. |
| 10/17/94 | Advertisement for Proposals by Terrebonne Parish School Board. |
| 10/26/94 | Handwritten notes of a prebid meeting with Herbert Carreker to discuss the proposed project to be developed. |

| Date | Exhibit |
|---|---|
| 11/01/94 | Terrebonne Parish School Board Contract for Services for Penchant Basin Resource Plan 16th Section Evaluation by Morris P. Hebert, Inc. |
| 12/1/94 | Proposal of Morris P. Hebert, Inc. to TPSB. |
| 12/09/94 | Letter from H. Carreker to Morris P. Hebert. |
| 02/02/95 | Letter from Morris Hebert to Sonat Exploration re use of Section 16, T18S, R12E. |
| 02/02/95 | Letter from Morris Hebert to Pennzoil re use of Section 16, T18S/R12E. |
| 02/10/95 | Listing of Section 16 Lands to be Evaluated by M. Hebert. |
| 04/12/95 | Report of Morris Hebert, Inc. regarding Section 16 evaluation for Penchant Basin Resource Plan for TPSB. |
| 04/13/95 | Preliminary Copy of Report by Morris P. Hebert, Inc. to TPSB of Penchant Basin Resource Plan, 16th Section Evaluation. |
| 01/23/96 | Assignment and Bill of Sale from Pennzoil Exploration and Production Company to LLOG Exploration. |
| 03/21/96 | Letter from TPSB to Bloch, Briggs & Associates. |
| 03/21/96 | Letter from TPSB to Alexander Crighton. |
| 03/21/96 | Letter from TPSB to Veazey & Associates. |
| 04/02/96 | Letter from Lee D. Bloch to TPSB. |
| 04/15/96 | Letter from H. Carreker to Members of the Finance, Insurance and Section 16 Lands Committee. |
| 04/15/96 | Letter from Alexander M. Crighton to Herbert Carreker. |
| 05/22/96 | TPSB Resolution No. 1592. |
| 02/04/97 | Letter from LLOG Exploration Company to TPSB, St. Mary Parish School Board and Office Of Mineral Resources. |
| 02/07/97 | Letter proposal to TPSB from Malcolm Poiencot. |

| Date | Exhibit |
|---|---|
| 02/14/97 | Facsimile Transmittal from H. Carreker to Joey Landry regarding nomination procedure. |
| 02/17/97 | Letter from TPSB to Members of the Finance Insurance and Section 16 Land Committee. |
| 03/07/97 | Letter from TPSB to M. Poiencot approving services to inspect S16, T18S, R12E. |
| 03/10/97 | Draft of letter to Mr. Harris Henry regarding nominations for S16, T18S, R12E. |
| 03/17/97 | Letter from TPSB to Members of Finance, Insurance and Section 16 Lands Committee. |
| 03/27/97 | Handwritten report and pictures of M. Poiencot. |
| 04/07/97 | Letter from TPSB to Gus Rodemacher. |
| 04/08/97 | Letter from TPSB to Commissioner of Administration, Division of Administration. |
| 07/09/97 | Lease for Oil, Gas and Other Liquid or Gaseous Minerals, State Agency Lease No. 15830 between TPSB and St. Mary Parish School Board and LLOG Exploration Company. |
| 07/15/97 | Seismic Permit to Geco-Prakla from TPSB. |
| 07/16/97 | Memo from H. Carreker to H. Henry, Director of Finance. |
| 07/28/97 | Seismic Permit Agreement between Geco-Prakla and TPSB |
| 09/17/97 | Letter from State of Louisiana (Gus C. Rodemacher) to TPSB. |
| 11/19/97 | Letter from Geco-Prakla to H. Carreker. |
| 02/03/98 | Assignment, Bill of Sale and Conveyance between LLOG Exploration Company and Forest Oil Corporation. |
|  | Limited Abstract of Title Providing History of the Surface use for Lands of the TPSB prepared for ExxonMobil Production Company by Drue C. Fournet, including all attachments thereto. |

| Date | Exhibit |
|---|---|
| 02/16/98 | Letter from Treasurer of the State of Louisiana to TPSB. |
| 03/04/98 | Handwritten report by M. Poiencot. |
| 03/04/98 | Section 16 Land Pre/Post Inspection Billing for Malcolm Poiencot. |
| 07/20/98 | Letter from Veasey & Associates, Inc. to TPSB. |
| 07/20/98 | Letter from TPSB to Finance, Insurance and Section 16 Lands Committee. |
| 08/04/98 | Resolution 1626 regarding State Agency Lease No. 15830 and Minutes of Meeting of TPSB dated August 4, 1998. |
| 8/1/00 | Contract for Professional Services between TPSB and Bloch, Briggs. |
|  | Plat of Terrebonne and St. Mary Parishes showing S16, T18S, R12E. |
|  | Three photographs of Section 16, Township 18 South, Range 12 East taken during the inspection work done by Morris P. Hebert, Inc. during the preparation of their 1995 report. |
|  | TPSB Resolution regarding State Agency Lease No. 15830. |
|  | Map showing the pertinent sections to be inspected by Morris P. Hebert, Inc. |
|  | Copy of plat showing all Section 16, Township 18 South, Range 12 East, Louisiana Meridian, Southeastern District of Louisiana containing 640.84 acres, more or less. |
|  | Aerial photographs of Section 16, T18S, R12E. |
|  | Newspaper articles regarding coastal erosion. |
|  | Minutes of Section 16 Lands Committee Meeting Minutes and attachments thereto. |
|  | Minutes of Terrebonne Parish School Board Meetings and attachments thereto. |
|  | Expert report of Drue C. Fournet, with Limited Abstract of Title and related documents. |
|  | Expert report of James Coleman. |

| Date | Exhibit |
|------|---------|
|      | Expert Report of T. Baker Smith & Son, Inc. |
|      | Records of Veazey & Associates, Inc. |
|      | Records of Coastal Environments, Inc. |
|      | Records of Bloch, Briggs Assocs., Inc. |
|      | Records of U.S. Army Corps of Engineers |
|      | Records of Louisiana Department of Natural Resources regarding Section 16, Township 18 South, Range 12 East in Terrebonne Parish, Louisiana. |
|      | Records from the Terrebonne Parish School Board's file for Section 16, Township 18 South, Range 12 East in Terrebonne Parish, Louisiana. |
|      | Records of T. Baker Smith & Son, Inc. |
|      | Any records of defendant regarding Section 16, Township 18S, Range 12 East. |
|      | Any depositions of any witnesses with exhibits. |
|      | Any pleadings and discovery responses filed by plaintiff. |
|      | Any exhibit listed by any other party. |
|      | Any documents produced by plaintiff or defendants. |



Exxon Mobil Corporation reserves the right to supplement this exhibit list as discovery in this case continues.

Respectfully submitted,

**FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.**

_____
ROBERT B. McNEAL (Bar No. 14211)
MILES P. CLEMENTS (Bar No. 4184)
SHERI S. FAUST (Bar No. 26283)
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3600
Telephone: (504) 599-8014
Facsimile : (504) 599-8114

Counsel for defendant Exxon Mobil Corporation

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon counsel of record for all parties by facsimile transmission, hand delivery service, delivery charges prepaid and properly addressed, or by U.S. mail, postage prepaid and properly addressed, this 10 day of August, 2001.

_____