```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2001 AUG 10  AM 10:30

                                           LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § § § § § § § § § § § | |
| Plaintiff | | Civil Action No. 00-310 |
| v. | | SECTION "F" |
| | | MAGISTRATE 5 |
| MOBIL OIL CORPORATION | | |
| Defendant | | |

## WITNESS LIST

Defendant, Exxon Mobil Corporation, submits the following list of witnesses that Exxon Mobil Corporation may call at trial:

1. Malcolm Poiencot
   834 Bayou Dularge Road
   Houma, Louisiana 70363

   Testify regarding conditions and/or findings of inspections of Section 16, Township 18 South, Range 12 East in Terrebonne Parish, Louisiana.



2. Morris P. Hebert
Morris P. Hebert, Inc.
283 Corporate Drive
Houma, LA 70361

Testify regarding services and reports rendered by Morris P. Hebert, Inc. to Terrebonne Parish School Board regarding Section 16, Township 18 South, Range 12 East in Terrebonne Parish, Louisiana.

3. Clifford Smith
David Martinez
T. Baker Smith & Son, Inc.
412 South Van Avenue
Houma, LA 70363

Testify regarding services and reports provided by T. Baker Smith to Terrebonne Parish School Board regarding coastal areas and Sections 16 in Terrebonne Parish, Louisiana.

4. Dr. Karen Wicker
Claude Edwin Fike, IV; and/or other employees of Coastal Environments, Inc.
Coastal Environments, Inc.
1260 Main Street
Baton Rouge, LA 70802

Testify regarding communications, services, proposals and reports provided by Coastal Environments, Inc. to the Terrebonne Parish School Board.

5. Representatives and past or present members of Terrebonne Parish School Board

To testify regarding use of Section 16 property, mineral leases and notice of effects of oilfield canals and matters pertinent to allegations made by Terrebonne Parish School Board

6.     James M. Coleman, Ph.D. - Expert witness for Mobil Oil Corporation
    667 Castle Kirk
    Baton Rouge, Louisiana 70808

    To testify regarding matters set forth in his expert report

7.     Marc J. Rogers, Sr. or other representative
    T. Baker Smith & Son, Inc.
    412 South Van Avenue
    Houma, LA 70363

    To testify regarding matters set forth in expert report.

8.     Lee D. Bloch
    Bloch, Briggs & Associates, Inc.
    Post Office Box 26
    Baton Rouge, LA 70821
    (225) 925-5580

    To testify regarding services provided to Terrebonne Parish School Board regarding oil and gas matters and other issues related to Terrebonne Parish School Board's allegations in this case.

9.     Representative of Louisiana Department of Natural Resources
    Baton Rouge, Louisiana

    To testify regarding wells drilled in Section 16, Township 18 South, Range 12 East and any related activities.

10.     Michael J. Veazey
    Veazey & Associates, Inc.
    638 Penalver Street
    Baton Rouge, Louisiana 70802
    (225) 383-5555

    To testify regarding work performed for the Terrebonne Parish School Board

11. Kent Willoughby
    Silverthorne, Colorado

    To testify regarding Terrebonne Parish School Board's handling of Section 16 issues and allegations at issue.

12. Harris Henry
    Terrebonne Parish School Board

    To testify regarding Terrebonne Parish School Board dealings with Section 16 plans, mineral issues, and property at issue.

13. Elizabeth Scurto
    Terrebonne Parish School Board

    To testify regarding Terrebonne Parish School Board dealings with Section 16 issues and allegations at issue.

14. Drue C. Fournet - Expert
    Drue C. Fournet, CPL & Associates
    130 Rue Beauregard, Suite 103
    Lafayette, Louisiana 70508-3030
    337-269-0225

    To testify regarding matters set forth in expert report and related title abstract for Section 16, Township 18 South, Range 12 East

15. Herbert Carrecker
    700 Terre Haute
    Houma, LA 70364

    To testify regarding matters pertaining to allegations of plaintiff, Section 16 land issues and matters pertaining to knowledge and activities of plaintiff regarding coastal erosion and use of Section 16 lands.

16. Representative of Exxon Mobil Corporation
    1555 Poydras Street
    New Orleans, LA

    To testify regarding Defendant's alleged activities in Section 16 at issue and matters related to plaintiff's allegations.

17.  Ronald M. King
     313 Malibou Boulevard
     Houma, LA 70602

     Testify concerning Mobil's activities on Section 16 lands at issue and any matters related plaintiff's claims.

18.  Representative of U.S. Army Corps of Engineers

     To testify regarding activities on Section 16 at issue, documents and any matters related to plaintiff's claims.

19.  Rene J. Domangue
     221 Mark Street
     Chauvin, LA

     To testify regarding plaintiff's awareness of erosion, dealing with activities affecting Section 16 lands, and any other matters pertinent to plaintiff's claims.

20.  Bulin Lacoste
     Morgan City, Louisiana

     To Testify regarding conditions on Section 16, Township 18 South, Range 12 East.

21.  Representative of Sonat Exploration
     Houston, Texas

     To testify egarding Southern Natural Gas lease on Section 16 dealings with Magnolia Petroleum and related mineral activities.

22.  Any witness listed by any other party.

23.  Any witness listed by plaintiff.

Exxon Mobil Corporation reserves the right to supplement this witness list as discovery in this case continues.

Respectfully submitted,

**FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, INC.**

_____
**ROBERT B. McNEAL (Bar No. 14211)**
**MILES P. CLEMENTS (Bar No. 4184)**
**SHERI S. FAUST (Bar No. 26283)**
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3600
Telephone: (504) 599-8014
Facsimile : (504) 599-8114

**Counsel for defendant, Exxon Mobil Corporation**

**CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleading has been served upon counsel of record fo all parties by facsimile transmission, hand delivery, by delivery service, delivery charges prepaid and properly addressed, or by U.S. Mail, postage prepaid and properly addressed, this **10** day of **August**, 2001.

_____

C:\Docs\TPSB\Lst-witness.wpd