FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 13  PM 2: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0310** |
| **VERSUS** | § | **SECTION: B** |
| **MOBIL OIL CORPORATION** | § | **MAGISTRATE: 5** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOW INTO COURT, through undersigned counsel, enters TERREBONNE PARISH SCHOOL BOARD ("TPSB"), which hereby submits this May/Will Call Witness and Exhibit List in accordance with the Court's Pre-Trial Order.

## WILL CALL WITNESSES

1. Charles Camp
   205 Raywood Drive
   Houma, LA 70360
   Mr. Camp is a registered land surveyor who will provide expert testimony on the results of a survey on the property. Mr. Camp will also provide expert testimony on the restoration plan he prepared with Dr. Chabreck, as well as the results of a search of public records for documents allowing operations by Koch Gateway Pipeline Company and Columbia Gulf Transmission Company on the property.

3. Robert H. Chabreck, Ph.D.
   1821 Cloverdale Avenue
   Baton Rouge, LA 70808
   Dr. Chabreck is an expert in coastal marshes and coastal ecology. He will testify as to the evaluation of damages to the property, causes of damages to the property,

1

condition of the property currently and in the future as a result of the field surveys conducted, and will testify as to the results of a root mat study performed on the property.

4. Any witnesses listed or called by defendant

5. Any witnesses necessary for rebuttal or impeachment of any witness called by defendant.

6. Any witnesses necessary to authenticate any exhibit or document.

## MAY CALL WITNESSES

1. Any current member of the Terrebonne Parish School Board.

2. Herbert Carreker
   201 Stadium Drive
   Houma, LA 70360
   Current Section 16s Land Manager for Terrebonne Parish School Board.

3. Any witnesses listed or called by defendant.

4. Any witnesses necessary for rebuttal or impeachment of any witness called by defendant..

5. Any witnesses necessary to authenticate any exhibit or document.

6. Elizabeth Scruto
   201 Stadium Drive
   Houma, LA 70360
   Ms. Scruto is the current superintendent for the Terrebonne Parish School Board.

## EXHIBITS — WILL USE

1. Responses of Mobil to Plaintiff's discovery requests.

2. Curriculum Vitae of Robert Chabreck, Ph.D.

3. Curriculum Vitae of Charles Camp, Land Surveyor.

4. Report entitled "A Survey of Marsh Damage in Section 16 of T18S-R12E, Terrebonne Parish," by Robert H. Chabreck, Ph.D., together with all maps, photographs, demonstrative aids, and other exhibits attached to and included in the report.

5. Expert report prepared by Charles M. Camp dated July 9, 2001, outlining the proposed restoration of Section 16, Township 18 South, Range 12 East, together with all maps, photographs, demonstrative aids, and other exhibits attached to and included in Camp's report.

6. December 17, 1957 Mineral Lease from Terrebonne Parish School Board to Southern Natural Gas Co.

7. September 11, 1959 letter from Mobil to Plaintiff, re: farmout agreement.

8. 2/28/93 aerial photo with restoration plan detailed.

9. Any exhibits referred to in or attached to any depositions taken in this matter.

10. Any exhibits listed by Mobil.

11. Any documents hereinafter produced by Mobil and/or plaintiffs.

12. Any exhibits necessary for rebuttal or impeachment of any witnesses called by defendant.

13. Photographs 1-6 attached to the report of Robert Chabreck.

14. Exhibit A and B to the report of Charles Camp.

## EXHIBITS — MAY USE

1. Report of the Louisiana Coastal Wetlands Conservation Restoration Task Force and the Wetlands Conservation and Restoration Authority entitled "Coast 2050: Report of Sustainable Coastal Louisiana."

3. Executive Summary of Report entitled "Coast 2050: Toward a Sustainable Coastal Louisiana."

4. Any and all reports prepared by Expert Witnesses for Mobil, together with all maps, photographs, demonstrative aids, and other exhibits attached to the Reports.

5. Any and all pleadings and the exhibits attached thereto filed by Mobil, in the instant proceeding.

6. Depositions of Mobil's Expert Witnesses to be taken in the future in the captioned matter.

7. Historical aerial photographs showing progressive land loss of the Terrebonne Parish School Board's property made the subject of the captioned matter.

8. Any Exhibits referred to in or attached to any Depositions taken in the captioned matter.

9. Any Exhibits listed and/or used by Defendant.

10. Any correspondence between Terrebonne Parish School Board and defendant.

11. Act of U. S. Congress dated 4/21/1806, 2 Stat. 391 and Act of U.S. Congress dated 3/3/1811, 2 Stat. 622.

12. Any documents hereinafter produced by defendant and/or plaintiffs.

13. Any exhibits necessary for rebuttal or impeachment of any witnesses called by Mobil.

14. Any sources used by experts for any parties in preparing expert reports, including but not limited to scientific literature.

15. Finding of No Significant Impact by the Department of the Army with attached Environmental Assessment, LaBranche Wetlands..

16. "Restoration of a Marsh in the LaBranche Ponds - A Case Study" by Suzanne Hawes.

17. "Construction of a Marsh in the LaBranche Ponds of Louisiana" by Suzanne Hawes.

18. Abstract of Bids - LaBranche Wetlands Restoration Project.

19. Plans & Specs for the LaBranche Wetlands Restoration Project for U.S. Army Corps of Engineers.

20. COE daily stages measuring water level elevation of GIWW in Houma from 1964 - 1998.

21. Tables and/or Demonstrative Aides by Robert Chabreck, Ph.D., indicating marsh and swamp vegetation, soil charts.

22. Marsh Maps created by Chabreck for last 30 - 40 years indicating marsh types.

Terrebonne Parish School Board reserves the right to supplement and amend this May/Will Call Witness and Exhibit List as additional information and evidence is discovered.

Respectfully submitted,

MICHAEL X. ST. MARTIN #12365
JOSEPH G. JEVIC III         #23145
ST. MARTIN & WILLIAMS, APLC
Post Office Box 2017
Houma, LA 70361
(985) 876-3891    Telephone
(985) 851-2219    Facsimile

**A. J. GRAY, III              #6253
WADE T. VISCONTE       #24734
THE GRAY LAW FIRM (APLC)**
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694    Telephone
(337) 494-0697    Facsimile
**Attorneys for Plaintiff**

5

## CERTIFICATE OF SERVICE

**I CERTIFY** that on this day, August 10, 2001 a copy of the preceding May/Will Call Witness List and May/Will Use Trial Exhibits has been mailed, postage prepaid and properly addressed to counsel of record for Mobil.

_____