FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 11 AM 9:50

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | CIVIL ACTION NO. 00CV0310 |
| **VERSUS** | § | SECTION: B |
| **MOBIL OIL CORPORATION** | § | MAGISTRATE: 5 |

### MOTION AND INCORPORATED MEMORANDUM FOR EXPEDITED HEARING ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, enters Plaintiff, Terrebonne Parish School Board ("TPSB") which hereby respectfully moves this Honorable Court for an expedited hearing on TPSB's motion to strike from the record Defendant's, Mobil Oil Corporation's ("Mobil"), motion for summary judgment.

1.

On December 6, 2000, this Honorable Court entered into the record a Minute Entry Order setting a trial date for November 5, 2001. The Minute Entry also ordered

DATE OF ENTRY
SEP 13 2001



that "[a]ll pre-trial motions, including motions in limine regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no than **45** days prior to the trial date."

2.

The 45th day prior to November 5, 2001, is September 21, 2001. Mobil noticed its motion for summary judgment for September 19, 2001, presumably one of this Division's civil motion days.

3.

Local Rule 7.2E, commands that "[u]nless otherwise ordered by a judge in a particular case, motions must be filed not later than the fifteenth day preceding the notice hearing date and at least fifteen days actual notice of hearing must be given to opposing counsel whether notice is served by mail or delivery under *FRCvP* 5(b)."

4.

Mobil's motion for summary judgment was filed on September 5, 2001, or 14 days from the noticed hearing date of September 19, 2001. Mobil's motion for summary judgment was untimely as it should have been filed on September 4, 2001. Additionally, counsel for TPSB was not served with Mobil's motion for summary judgment until September 6, 2001. Hence, TPSB was not given "fifteen days actual notice".

5.

TPSB's motion to strike outlines the reasons why Mobil's motion for summary

judgment is untimely and should be stricken from the record.

6.

TPSB moves this Court to set TPSB's motion to strike Mobil's for summary judgment on an expedited basis. As per this Court's authority in Local Rule 7.2E, TPSB moves this Court to grant TPSB an immediate hearing date. In the alternative, if this Court reschedules Mobil's motion for summary judgment, then TPSB moves this Court for a September 19, 2001, hearing date or for a hearing date prior to Mobil's motion for summary judgment, if rescheduled for a date later than September 19, 2001.

Respectfully submitted,

**THE GRAY LAW FIRM (APLC)**

_____
A. J. GRAY, III                    #6253
WADE T. VISCONTE                   #24734
The Gray Law Firm (APLC)
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694    Telephone
(337) 494-0697    Facsimile


MICHAEL X. ST. MARTIN    #12365
JOSEPH G. JEVIC III      #23145
CONRAD S.P. WILLIAMS III #14499
ST. MARTIN & WILLIAMS (APLC)
Crescent Farm
4084 Highway 311
Post Office Box 2017
Houma, LA 70361-2017
(985) 876-3891    Telephone
(985) 851-2219    Facsimile

>Attorneys for Terrebonne Parish School Board

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading has been served on all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, on this __**10th**__ day of SEPTEMBER 2001.

_____
WADE T. VISCONTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § | CIVIL ACTION NO. 00CV0310 |
| VERSUS | § | SECTION: B |
| MOBIL OIL CORPORATION | § | MAGISTRATE: 5 |

## ORDER

Considering Plaintiff's, Terrebonne Parish School Board's Motion for an expedited hearing:

**IT IS ORDERED, ADJUDGED, AND DECREED** that Terrebonne Parish School Board's motion to strike is hereby set for the _17th_ day of _September_ at _10:30_ a.m. without oral argument. The opposition shall be filed by September 17th at 9:00 a.m.

Thus rendered and signed this _12th_ day of _September_, 2001.

_____
DISTRICT JUDGE

Page -5-