

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 12 PM 2: 36

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00CV0310** |
| **VERSUS** | § | **SECTION: B** |
| **MOBIL OIL CORPORATION** | § | **MAGISTRATE: 5** |

### PLAINTIFFS' MOTION AND INCORPORATED MEMORANDUM TO STRIKE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, enters Plaintiff, Terrebonne Parish School Board ("TPSB") which hereby respectfully moves this Honorable Court to strike from the record Defendant's, Mobil Oil Corporation's ("Mobil"), motion for summary judgment.

1.

On December 6, 2000, this Honorable Court entered into the record a Minute Entry Order setting a trial date for November 5, 2001. The Minute Entry also ordered



that "[a]ll pre-trial motions, including motions in limine regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no than **45** days prior to the trial date."

2.

The 45th day prior to November 5, 2001, is September 21, 2001. Mobil noticed its motion for summary judgment for September 19, 2001, presumably one of this Division's civil motion days.

3.

Local Rule 7.2E, commands that "[u]nless otherwise ordered by a judge in a particular case, motions must be filed not later than the fifteenth day preceding the notice hearing date and at least fifteen days actual notice of hearing must be given to opposing counsel whether notice is served by mail or delivery under *FRCvP* 5(b)."

4.

Mobil's motion for summary judgment was filed on September 5, 2001, or 14 days from the noticed hearing date of September 19, 2001. Mobil's motion for summary judgment was untimely as it should have been filed on September 4, 2001. Additionally, counsel for TPSB was not served with Mobil's motion for summary judgment until September 6, 2001. Hence, TPSB was not given "fifteen days actual notice".

5.

This Court's December 6, 2000, Minute Entry Order setting deadlines and cut-off

dates provides that any "motions filed in violation of this order shall be deemed waived unless good cause is shown." The Court's order also provides that "[d]eadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion and upon a showing of good cause."

6.

Mobil's motion for summary judgment is untimely. Specifically, Mobil violated Local Rule 7.2E by filing its motion for summary judgment on September 5, 2001, just 14 days before the hearing date. Accordingly, the September 19, 2001, hearing is not a valid and timely hearing date, and Mobil's motion for summary judgment would have to be moved to the Court's next available October, 2001, hearing date. However, as all motions must be heard no later than September 21, 2001, Mobil's motion for summary judgment can not be heard before the Court's September 21, 2001, cut-off date.

7.

Mobil has not complied with this Court's December 6, 2000, Minute Entry Order nor the Local Rules. Moreover, Mobil did not file a motion, as required by this Court's Order, to extend the deadline or cut-off date for filing motions. Mobil also has not made any showing of "good cause" why it failed to file its motion for summary judgment in a timely manner and comply with the Local Rules. Mobil's failure to calendar and/or properly calculate deadlines and cut-off dates is not "good cause."

8.

Accordingly, Mobil's motion for summary judgment is "waived" as per this

Court's December 6, 2000, Order, and Terrebonne Parish School Board moves to strike Mobil's motion for summary judgment from the record.

> Respectfully submitted,
>
> **THE GRAY LAW FIRM (APLC)**
>
> _/s/ Wade Visconte_
> **A. J. GRAY, III**           #6253
> **WADE T. VISCONTE**    #24734
> Post Office Box 1467
> Lake Charles, LA 70602-1467
> (337) 494-0694    Telephone
> (337) 494-0697    Facsimile
>
>
> **MICHAEL X. ST. MARTIN**    #12365
> **JOSEPH G. JEVIC III**           #23145
> **CONRAD S.P. WILLIAMS III** #14499
> **ST. MARTIN & WILLIAMS (APLC)**
> Crescent Farm
> 4084 Highway 311
> Post Office Box 2017
> Houma, LA 70361-2017
> (985) 876-3891    Telephone
> (985) 851-2219    Facsimile
>
> **Attorneys for Terrebonne Parish School Board**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading has been served on all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, on this **10th** day of SEPTEMBER 2001.

_____
WADE T. VISCONTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00CV0310** |
| **VERSUS** | § | **SECTION: B** |
| **MOBIL OIL CORPORATION** | § | **MAGISTRATE: 5** |

## ORDER

Considering Plaintiff's, Terrebonne Parish School Board's Motion to Strike Defendant's Motion for Summary Judgment:

**IT IS ORDERED, ADJUDGED, AND DECREED** that Mobil Oil Corporation's Motion for Summary Judgment is waived as per the cut-off dates established in this Court's December 6, 2001, Minute Entry Order and is ordered stricken from the record.

Thus rendered and signed this _____ day of _____, 2001.

_____
DISTRICT JUDGE