FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 12 PM 3:39

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**CHASEZ, M.J.**
**SEPTEMBER 12, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-310 |
| MOBIL OIL CORPORATION | SECTION: "B"(5) |

A settlement conference in the above matter is hereby **SCHEDULED** for September 27, 2001 at 2:00 p.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 13 2001

79