FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 18 AM 8:47

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
LEMELLE, J.
September 17, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO. 00-310 |
| MOBIL OIL CORPORATION | SECTION "B"(5) |

Before the Court is Plaintiff Terrebonne Parish School Board's Motion to Strike (Rec. Doc. No. 78). The defendant has presented just cause for its untimely filed motion for summary judgment. Accordingly,

**IT IS ORDERED** that the motion to strike is **DENIED**.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 18 2001

Fee____
Process____
X Dktd____
✓ CtRmDep____
Doc.No. 82