

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 25 PM 3:18

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH** | § | |
| **SCHOOL BOARD** | § | |
| | § | CIVIL ACTION NO. 00-310 |
| Plaintiff | § | |
| | § | |
| v. | § | SECTION "B" |
| | § | |
| | § | |
| **MOBIL OIL CORPORATION** | § | MAGISTRATE 5 |
| | § | |
| Defendant | § | |

## MOTION FOR LEAVE
## TO FILE SUPPLEMENTAL MEMORANDUM
## IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT

**NOW INTO COURT,** through undersigned counsel, comes defendant Mobil Oil Corporation ("Mobil"), who, upon representing that plaintiff's opposition to the Terrebonne Parish School Board's motion for summary judgment raises several arguments and issues not addressed in defendant's original memorandum that defendant desires to address, hereby moves for an order allowing its supplemental memorandum in support of motion for summary judgment to be filed.

C:\DOCS\TPSB\MSJ-MTN4LEAVE-SUPP

DATE OF ENTRY
SEP 2 6 2001

Fee_____
Process____
X Dktd_____
CtRmDep____
Doc.No. 84

Respectfully submitted,

**FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, INC.**


_____
ROBERT B. McNEAL (Bar No. 14211)
MILES P. CLEMENTS (Bar No. 4184)
SHERI S. FAUST (Bar No. 26283)
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3600
Telephone: (504) 599-8014
Facsimile : (504) 599-8114

**Counsel for defendant Mobil Oil Corporation**

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon counsel of record fo all parties by facsimile transmission, hand delivery, by delivery service, delivery charges prepaid and properly addressed, or by U.S. Mail, postage prepaid and properly addressed, this 25 day of September, 2001.


_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH** | § | |
| **SCHOOL BOARD** | § | |
| | § | CIVIL ACTION NO. 00-310 |
| Plaintiff | § | |
| | § | |
| v. | § | SECTION "B" |
| | § | |
| | § | |
| **MOBIL OIL CORPORATION** | § | MAGISTRATE 5 |
| | § | |
| Defendant | § | |

### ORDER

Considering the foregoing Motion for Leave to File Supplemental Memorandum in Support of Motion for Summary Judgment,

IT IS HEREBY ORDERED that an expedited hearing of defendant Exxon Mobil Corporation's motion for leave to file supplemental memorandum in support of motion for summary judgment will take place at __9__ o'clock A.m. on the __26th__ day of __September__, 2001. It is Further Ordered that Leave to File is Granted. The clerk shall file the pleading in the record.

New Orleans, Louisiana, this __25__ day of __September__, 2001.

_____
UNITED STATES DISTRICT JUDGE

C:\DOCS\TPSB\MSJ-ORDER-SUPP