FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 28  AM 10: 53

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
SEPTEMBER 27, 2001

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
|---|---|
| VERSUS | NUMBER: 00-310 |
| MOBIL OIL CORPORATION | SECTION: "B"(5) |

    A settlement conference was conducted in the above matter this date.

    PRESENT:  Joseph Jevic
                  Wade Visconte
                  Rob McNeal

    There will be a further settlement conference herein on October 10, 2001 at 3:30 p.m. before the undersigned.

                                          ALMA L. CHASEZ
                              UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 2 8 2001