

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH　　　　　　　　　　　　　　CIVIL ACTION
SCHOOL BOARD

VERSUS　　　　　　　　　　　　　　　　　　　　NO. 00-310

MOBIL OIL CORPORATION　　　　　　　　　　　SECTION "B"(5)

## FINAL JUDGMENT

The Court granted the defendant's Motion for Summary Judgment.  Entry of a final judgment is proper because the September order dismissed all claims in the present action. Accordingly, for the reasons provided in this Court's September 28, 2001 opinion,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in **favor** of Defendant Mobil Oil Corporation and **against** Plaintiff Terrebonne Parish School Board dismissing with prejudice its claims against the defendant, each party to bear its own costs.

New Orleans, Louisiana, this ___28th___ day of ___Sept___, 2001.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　IVAN L.R. LEMELLE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 2 8 2001