

```
                                        FILED
                                 U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                                  2001 OCT -3  AM 10: 56

                                    LORETTA G. WHYTE
                                         CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | CIVIL ACTION NO. **00CV0310** |
| **VERSUS** | § | SECTION: **B** |
| **MOBIL OIL CORPORATION** | § | MAGISTRATE: **5** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF NO TRANSCRIPT

Terrebonne Parish School Board, plaintiff in the above named case, certifies that no transcript is available or will be ordered in the captioned matter as the Order and Reasons entered on September 28, 2001, and the Final Judgment entered on September 28, 2001, were decided on briefs and attachments without oral argument.

Respectfully submitted,

**THE GRAY LAW FIRM (APLC)**

_____
**A. J. GRAY, III**          #6253
**WADE T. VISCONTE**   #24734
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694         Telephone

(337) 494-0697     Facsimile

**MICHAEL X. ST. MARTIN**     **#12365**
**JOSEPH G. JEVIC III**     **#23145**
ST. MARTIN & WILLIAMS, APLC
Post Office Box 2017
Houma, LA 70361
(504) 876-3891     Telephone
(504) 851-2219     Facsimile
**Attorneys for Terrebonne Parish School Board**

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of the preceding Certificate of No Transcript has been served on all counsel of record by placing same in the United States mail delivery, postage prepaid and properly addressed on this 2nd day of OCTOBER, 2001.

_____
WADE T. VISCONTE