FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT -3 AM 10: 55

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00CV0310** |
| **VERSUS** | § | **SECTION: B** |
| **MOBIL OIL CORPORATION** | § | **MAGISTRATE: 5** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL

Notice is hereby given that Terrebonne Parish School Board, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons entered on September 28, 2001, and the Final Judgment entered on September 28, 2001, both of which were rendered by the District Court in the captioned matter.

Respectfully submitted,

**THE GRAY LAW FIRM (APLC)**

_____
A. J. GRAY, III                  #6253
WADE T. VISCONTE                 #24734
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694      Telephone

```
                    (337) 494-0697      Facsimile

                    MICHAEL X. ST. MARTIN        #12365
                    JOSEPH G. JEVIC III          #23145
                    ST. MARTIN & WILLIAMS, APLC
                    Post Office Box 2017
                    Houma, LA 70361
                    (504) 876-3891      Telephone
                    (504) 851-2219      Facsimile
                    Attorneys for Terrebonne Parish School Board
```

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of the preceding Notice of Appeal has been served on all counsel of record by placing same in the United States mail delivery, postage prepaid and properly addressed on this 2nd day of OCTOBER, 2001.

_____
WADE T. VISCONTE