```
                                           FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                      2001 OCT -9  PM 4:58

                                       LORETTA G. WHYTE
                                            CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 4, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-310 |
| MOBIL OIL CORPORATION | SECTION: "B"(5) |

In light of the granting of Summary Judgment (Rec. doc. 88), the settlement conference scheduled for October 10, 2001 at 3:30 p.m. is hereby cancelled.

                                      ALMA L. CHASEZ
                                UNITED STATES MAGISTRATE JUDGE

```
DATE OF ENTRY
OCT 1 0 2001
```



```
___Fee_____
___Process__
_X_/Dktd____
___CtRmDep__
Doc.No._91_
```